# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-mc-00459-JPO

Genger  
Assigned to: Judge J. Paul Oetken  
Cause: M 08-85 Motion to Quash

Date Filed: 10/10/2019

**Debtor**

**Orly Genger**
*Debtor*

**Movant**

**Kasowitz Benson Torres LLP**  represented by **Michael Paul Bowen**
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
(212)506-1700 x1903
Fax: (212)506-1800
Email: mbowen@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Sagi Genger**  represented by **John Dellaportas**
Emmet, Marvin & Martin LLP
120 Broadway
New York, NY 10271
212-238-3000
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2019 | 1 | MISCELLANEOUS CASE INITIATING DOCUMENT - MOTION to Quash Subpoena . Other Court Name: United States District Court - Western District |

| | | |
|---|---|---|
| | | of Texas. Other Court Case Number: 19-bk-10926. (Filing Fee $ 47.00, Receipt Number ANYSDC-17754776)Document filed by Kasowitz Benson Torres LLP.(Bowen, Michael) (Entered: 10/10/2019) |
| 10/10/2019 | 2 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT - MOTION to Quash Subpoena . Other Court Name: United States District Court - Western District of Texas. Other Court Case Number: 19-bk-10926. (Filing Fee $ 47.00, Receipt Number ANYSDC-17754776) . Document filed by Kasowitz Benson Torres LLP. (Attachments: # 1 Exhibit A : Subpoena)(Bowen, Michael) (Entered: 10/10/2019) |
| 10/10/2019 | 3 | MISCELLANEOUS COVER SHEET filed. (Bowen, Michael) (Entered: 10/10/2019) |
| 10/11/2019 | | Case Designated ECF. (wb) (Entered: 10/11/2019) |
| 10/11/2019 | | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge J. Paul Oetken. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (wb) (Entered: 10/11/2019) |
| 10/11/2019 | 4 | NOTICE OF APPEARANCE by John Dellaportas on behalf of Sagi Genger. (Dellaportas, John) (Entered: 10/11/2019) |
| 10/11/2019 | 5 | LETTER addressed to Judge J. Paul Oetken from John Dellaportas dated 10/11/2019 re: Motion to Quash. Document filed by Sagi Genger.(Dellaportas, John) (Entered: 10/11/2019) |
| 10/15/2019 | 6 | ORDER. Kasowitz Benson Torres LLP has filed a motion to quash a subpoena sought by Sagi Genger. (Dkt. No. 1.) Kasowitz has, however, consented to transferring the motion to quash to the court that issued the subpoena, the United States Bankruptcy Court for the Western District of Texas. (See Dkt. No. 2 paragraph 5.) Sagi Genger has also consented to transfer. (See Dkt. No. 5.) Federal Rule of Civil Procedure 45 provides, in relevant part, that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents." Fed. R. Civ. P. 45(f). Accordingly, Kasowitz's motion is hereby transferred to the United States Bankruptcy Court for the Western District of Texas for determination in connection with the underlying litigation, In re Orly Genger, No. 19-BK-10926 (Bankr. W.D. Tex.). The Clerk of Court is directed to close the motion at Docket No. 1 and to close this case. SO ORDERED. (Signed by Judge J. Paul Oetken on 10/15/2019) (rjm) Transmission to Office of the Clerk of Court for processing. (Entered: 10/15/2019) |

| 10/15/2019 | Transmission to Docket Assistant Clerk. Transmitted re: 6 Order to the Docket Assistant Clerk for case processing. (rjm) (Entered: 10/17/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/22/2019 09:02:00 | | | |
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:19-mc-00459-JPO |
| Billable Pages: | 2 | Cost: | 0.20 |
| Exempt flag: | Exempt | Exempt reason: | Always |